152 So. 466

**PERSONAL FINANCE CO. OF COLUMBUS, GA., v. Enzie E. GIBSON et al.**

**5 Div. 169.**

Supreme Court of Alabama.
Jan. 25, 1934.

W. J. Bird and J. B. Hicks, both of Phenix City, for petitioners.

W. H. Young, Jr., and Jos. O. McGehee, both of Columbus, Ga., Roy L. Smith, of Phenix City, and Denson & Denson, of Opelika, for respondent.

THOMAS, Justice.

Petition of Enzie E. Gibson and O. C. Gibson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Personal Finance Co. of Columbus, Ga., v. Gibson et al., 152 So. 462.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

BROWN, FOSTER, and KNIGHT, JJ., dissent.